_AO91 (Rev. 8/01)  Criminal Complaint

# United States District Court

**SOUTHERN**    DISTRICT OF    **TEXAS**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>**Miguel Angel Argueta Pereira**<br>**San Miguel, Morazan**<br>**Mexico** | **CRIMINAL COMPLAINT**<br><br>Case Number:   **L-11-PO1318** |

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **March 2, 2011** (Date) in **Laredo,Tx** **Webb** County, in the Southern District of Texas, **Miguel Angel Argueta Pereira** defendant(s),

a **Mexican** alien, did unlawfully enter and attempt to enter the United States at a place other than as designated by immigration officers

in violation of Title **8** United States Code, Section(s) **1325 (a) (1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: based on statements of the accused and records of the Department Of Homeland Security.

Furthermore, it is based on verbal statements by, **Miguel Angel Argueta Pereira**, who admitted to being a citizen of **Mexico**, who entered and attempted to enter illegally into the United States by wading the Rio Grande River near, **Laredo,Tx**, thus avoiding immigration inspection, nor having proper documents to enter, travel through, or remain in the United States. This illegal entry and attempted entry took place on **March 2, 2011**

Continued on the attached sheet and made a part of this complaint:  ☐ Yes   ☒ No

/S/
Signature of Complainant

**Federico Aguillon Jr.**
Printed Name of Complainant

Sworn to before me and signed in my presence,

**March 4, 2011**                          at       Laredo, Texas
Date                                                City and State

**Guillermo R. Garcia**
U.S. Magistrate Judge
Name and Title of Judicial Officer            Signature of Judicial Officer

Case 5:11-po-01318   Document 1   Filed on 03/03/11 in TXSD   Page 2 of 2